## (January 24, 1973)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR BENNETT, BERNARD HOLSTON, HOMER MATHIS, WALTER JENNINGS, JAMES MOLINA, IRVING PEGUES, FELIX RODRIGUEZ, FERDINANDO LOPEZ, FERNANDO RODRIGUEZ, BUSTER SANDERS, Relators, v. BENJAMIN MALCOLM, as Commissioner of the Department of Corrections of New York City, Respondent.— On the return of the writ of habeas corpus herein, with production of relators waived, (1) the writ is dismissed as to relators Arthur Bennett, Bernard Holston, Homer Mathis, Walter Jennings, Irving Pegues, Ferdinando Lopez, Fernando Rodriguez and Buster Sanders, without costs and without prejudice to such application they may be advised to make to dismiss the indictments against them for failure to prosecute under the principles laid down in *People* v. *Ganci* (27 N Y 2d 418, cert. den. 402 U. S. 924); and (2) the writ is dismissed as to relators James Molina and Felix Rodriguez, without costs (see *People ex rel. Franklin* v. *Warden*, 41 A D 2d 531). Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RINALDO D'AMATO and NICHOLAS D'AMATO, Relators, v. WARDEN, BROOKLYN HOUSE OF DETENTION FOR MEN, Respondent.— On the return of the writ of habeas corpus herein, with production of relators waived, the writ is dismissed, without costs (see *People ex rel. Franklin* v. *Warden*, 41 A D 2d 531). Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.